# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: 8/25/2020
```

United States District Court
Southern District of New York
----------------------------------------------------------X

United States of America,

        Plaintiff        **SCHEDULING ORDER**

   -against-

                               19 MJ 9892 (UA)

Diamonte Galloway
         Defendant
----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled an Waiver of Indictment Hearing for 9/4/2020, at 1:00 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: August 25, 2020
       White Plains, New York

                               SO ORDERED:

                               s/     PED

                               PAUL E. DAVISON
                               United States Magistrate Judge